DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. McMahan<br><br>Case below:<br>174 N.C. App. 586 | No. 657P05 | 1. AG's Motion for Temporary Stay (COA05-211)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>360 N.C. 79<br><br>2. Allowed<br>12/19/06<br><br>3. Allowed<br>12/19/06 |
|---|---|---|---|
| State v. McPhaul<br><br>Case below:<br>177 N.C. App. 287 | No. 275P06 | 1. Def's (McPhaul) NOA Based Upon a Constitutional Question (COA05-1053)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's (McPhaul) PDR Under N.C.G.S. § 7A-31<br><br>4. Def's (McMillian) PDR Under N.C.G.S. § 7A-31<br><br>5. AG's Motion to Deny Def's (McMillian) PDR | 1. —<br><br><br>2. Allowed<br>12/14/06<br><br>3. Denied<br>12/14/06<br><br>4. Denied<br>12/14/06<br><br>5. Dismissed as Moot<br>12/14/06 |
| State v. Meynardie<br><br>Case below:<br>172 N.C. App. 127 | No. 446P05 | 1. AG's Motion for Temporary Stay (COA04-547)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**360 N.C. 74**<br><br>2. Allowed<br>12/19/06<br><br>3. Allowed<br>12/19/06 |
| State v. Murphy<br><br>Case below:<br>172 N.C. App. 734 | No. 485P05 | 1. AG's Motion for Temporary Stay (COA04-344)<br><br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**360 N.C. 74**<br><br>Stay dissolved<br>12/19/06<br><br>2. Denied<br>12/19/06<br><br>3. See Special Order Page 164<br><br>**Timmons-Goodson, J., Recused** |